1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KARINA URBINA-ROJAS, a minor by          No.  1:16-cv-00518-DAD-SAB
     and through her guardian ad litem
12   DOMITILA ROJAS,

13                     Plaintiff,             ORDER FOR APPOINTMENT OF
                                              GUARDIAN AD LITEM
14          v.
                                              (Doc. No. 5)
15   UNITED STATES OF AMERICA,

16                     Defendant.

17

18          On March 21, 2016, plaintiff Kariuna Urbina-Rojas, a minor by and through her guardian

19   ad litem Domitila Rojas, filed a petition for the appointment of a guardian ad litem.  (Doc. No. 5.)

20          "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c),

21   to safeguard the interests of litigants who are minors."  *Robidoux v. Rosengren*, 638 F.3d 1177,

22   1181 (9th Cir. 2011).  Rule 17 provides that "[t]he court must appoint a guardian ad litem—or

23   issue another appropriate order—to protect a minor or incompetent person who is unrepresented

24   in an action."  Fed. R. Civ. P. 17(c)(2).  Local Rule 202(a) of this court further states, in pertinent

25   part:

26
                   Upon commencement of an action or upon initial appearance in
27          defense of an action by or on behalf of a minor . . . the attorney
            representing the minor or incompetent person shall present . . . a
28          motion for the appointment of a guardian *ad litem* by the Court, or

                                             1

. . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Petitioner Domitila Rojas petitions the court to appoint her as guardian ad litem to her minor child, plaintiff Karina Urbina-Rojas.  Plaintiff Urbina-Rojas is a minor, born October 29, 2013.  Petitioner states that she is the mother to plaintiff Urbina-Rojas, and that she is competent and qualified to represent and has no interests adverse to plaintiff Urbina-Rojas.  Finding good cause, the court grants the petition (Doc. No. 5) and appoints Domitila Rojas guardian ad litem of Kariuna Urbina-Rojas, a minor and plaintiff to this action.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                          _____
                                                UNITED STATES DISTRICT JUDGE