# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA URBINA-ROJAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-00518-DAD-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO AUGUST 11, 2016 |

This matter was set for the initial scheduling conference on June 30, 2016. The parties filed a joint scheduling report on June 20, 2016. Jin Lew appeared for Plaintiff and Benjamin Hall appeared for Defendant at the June 30, 2016 conference. The parties indicated that due to the minor Plaintiff's passing, the guardian ad litum has indicated the desire to dismiss the action.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference is CONTINUED to August 11, 2016 at 3:00 p.m. in Courtroom 9; and

2. If this action is to be dismissed, Plaintiff shall file dispositive documents on or before July 14, 2016.

IT IS SO ORDERED.

Dated: **July 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1