1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA URBINA-ROJAS, a minor by and through her guardian ad litem, DOMATILA ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:16-cv-00518-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 13) |

On July 13, 2016, the parties filed a joint stipulation dismissing the action without prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 13.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **July 17, 2016**

UNITED STATES DISTRICT JUDGE

1